A. Holtzman, appellee, v. Emery Motor Livery Company, appellant. Gen. No. 25,479.

Action to recover for damages to automobile by collision with

another. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Bassler, Bippus & Rose, for appellant. Litzinger, Healy & Reid, for appellee; James J. Finn, of counsel.

Mr. Justice Thomson delivered the opinion of the court.